## MINUTEMAN INTERNATIONAL, INC., Plaintiff–Appellant,

v.

## NILFISK–ADVANCE A/S and Nilfisk–Advance, Inc., Defendants–Appellees.

No. 05–1068.

United States Court of Appeals, Federal Circuit.

Aug. 4, 2005.

Before MICHEL, Chief Judge,
SCHALL and LINN, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.